UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARTIN POLACKO,  Case No. 3:13-cv-253

   Petitioner,  Judge Timothy S. Black

-vs-

EMILY OCHS CARLILE,

   Respondent.

**JUDGMENT IN A CIVIL CASE**

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Court has **DISMISSED** Petitioner's Complaint against Respondent without prejudice for failure of service; and the case is **CLOSED** on the Court's docket.

Date: December 30, 2013  **JOHN P. HEHMAN, CLERK**

By: *s/ M. Rogers*
Deputy Clerk